IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DIRECTPACKET RESEARCH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>POLYCOM, INC.,<br><br>    Defendant. | Civil Action No. 2:18-cv-00331-AWA-RJK |

**CONSENT MOTION AND SUPPORTING MEMORANDUM
TO ALLOW WITHDRAWAL OF COUNSEL FROM MATTER**

Pursuant to Local Rule 83.1(G), Defendant Polycom, Inc. ("Defendant"), through its counsel, hereby moves for leave to allow William R. Poynter, along with the law firm of Kaleo Legal (collectively "Kaleo Legal"), to withdraw as counsel of record for Defendant in this case. In support of this consent motion, Defendant states:

    1.    Defendant will remain represented by competent counsel, Goutam Patnaik, Tuhin Ganguly, Ryan H. Ellis, Suparna Datta, and Brittanee L. Friedman, along with the law firm of Pepper Hamilton LLP, and Virginia counsel Gary Alvin Bryant, Jason Eli Ohana, and the law firm of Willcox & Savage.

    2.    Withdrawal of Kaleo Legal shall not cause any party prejudice or delay. Plaintiff consents to the requested withdrawal.

    3.    Attached as Exhibit 1 is a proposed agreed order electronically endorsed by counsel granting the relief requested.

Dated:   May 17, 2019					Respectfully submitted,

					_____/s/_____
					William R. Poynter
					Virginia State Bar No. 48672
					Kaleo Legal
					4456 Corporation Lane, Suite 135
					Virginia Beach, VA 23462
					747.238.6383
					757.304.6175 (facsimile)
					wpoynter@kaleolegal.com

					Gary A. Bryant, VSB No. 27558
					Jason E. Ohana, VSB No. 82485
					WILLCOX & SAVAGE, P.C.
					440 Monticello Ave, Suite 2200
					Norfolk, VA 23510
					Telephone: (757) 628 5500
					Facsimile: (757) 628 5566
					Email: gbryant@wilsav.com
					Email: johana@wilsav.com

					Yury Kalish
					Virginia State Bar No. 87680
					JONES DAY
					51 Louisiana Avenue, N.W.
					Washington, D.C.  20001-2113
					Telephone:  202.879.3939
					Facsimile:  202.626.1700
					ykalish@jonesday.com

					William E. Devitt (*pro hac vice*)
					John A. Marlott (*pro hac vice*)
					Rita J. Yoon (*pro hac vice*)
					JONES DAY
					77 West Wacker
					Chicago, IL  60601-1692
					Telephone:  312.782.3939
					Facsimile:  312.782.8585
					wdevitt@jonesday.com
					jamarlott@jonesday.com
					ryoon@jonesday.com

					Goutam Patnaik (*pro hac vice*)
					Tuhin Ganguly (*pro hac vice*)
					Ryan H. Ellis

2

Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, DC 20005-2004
202.220.1200
202.220.1665 (facsimile)
patnaikg@pepperlaw.com
gangulyt@pepperlaw.com
ellisr@pepperlaw.com

Suparna Datta (*pro hac vice*)
Brittanee L. Friedman (*pro hac vice*)
Pepper Hamilton LLP
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
617.204.5100
617.204.5150 (facsimile)
dattas@pepperlaw.com
friedmbr@pepperlaw.com

*Attorneys for Defendant Polycom, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May 2019, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following registered counsel for Plaintiff:

Terence P. Ross
Christopher B. Ferenc
Sean Scott Wooden
KATTEN MUCHIN ROSENMAN LLP
2900 K Street, N.W.
Suite 200
Washington, D.C. 20007
Telephone: (202) 625-3500
Fax: (202) 298-7570
terence.ross@kattenlaw.com
christopher.ferenc@kattenlaw.com
sean.wooden@kattenlaw.com

Yashas Kedar Honasoge
KATTEN MUCHIN ROSENMAN LLP
525 W Monroe St, Suite 1600
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Fax: (312) 902-1061
yashas.honasoge@kattenlaw.com

Stephen Edward Noona
KAUFMAN & CANOLES, P.C.
150 W. Main St.
Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Fax: (888) 360-9092
senoona@kaufcan.com

       Respectfully submitted,

       /s/
       William R. Poynter
       Virginia State Bar No. 48672
       Kaleo Legal
       4456 Corporation Lane, Suite 135
       Virginia Beach, VA 23462
       747.238.6383
       757.304.6175 (facsimile)
       wpoynter@kaleolegal.com