**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

DIRECTPACKET RESEARCH, INC.,

    Plaintiff,

  v.

POLYCOM, INC.,

    Defendant.

Civil Action No. 2:18-cv-00331-AWA-LRL

**DEFENDANT POLYCOM, INC.'S CONSENT MOTION TO WITHDRAW ITS
OPENING CLAIM CONSTRUCTION BRIEF (ECF NO. 129) AND REPLACE IT WITH
THE OPENING CLAIM CONSTRUCTION BRIEF FILED JULY 2, 2019**

    Defendant Polycom, Inc. ("Polycom") files this Consent Motion to withdraw its Opening Claim Construction brief timely filed on June 28, 2019 (ECF No. 129) and replace it with Polycom's replacement Opening Claim Construction brief, attached as Exhibit A along with accompanying exhibits, filed herewith. As set forth more fully in the accompanying Memorandum, the Court should grant the Motion to withdraw and replace Polycom's Opening Claim Construction brief because Polycom files this Motion to resolve a dispute that arose between Polycom and Plaintiff, directPacket Research, Inc., and Plaintiff does not oppose this Motion or Proposed Consent Order to resolve that dispute. Once replaced, the parties agree that the July 2, 2019 filed replacement Opening Claim Construction brief is timely filed in this matter.

    Thus, Polycom respectfully requests the Court (1) withdraw Polycom's Opening Claim Construction brief filed June 28, 2019 and (2) replace it with Polycom's replacement Opening Claim Construction brief filed herewith on July 2, 2019 as Exhibit A, along with its accompanying Exhibits.

Date: July 2, 2019               Respectfully submitted,

                                 _____/s/_____
                                 Jason E. Ohana (VSB No. 82485)
                                 Gary A. Bryant (VSB No. 27558)
                                 Wilcox & Savage, P.C.
                                 440 Monticello Ave., Ste. 2200
                                 Norfolk, Virginia 23510
                                 757.628.5500
                                 757.658.5566 (facsimile)
                                 gbryant@wilsav.com
                                 johana@wilsav.com

                                 Goutam Patnaik (*pro hac vice*)
                                 Tuhin Ganguly (*pro hac vice*)
                                 Ryan H. Ellis (VSB No. 89144)
                                 Pepper Hamilton LLP
                                 2000 K Street, NW
                                 Suite 600
                                 Washington, DC 20006-1865
                                 202.220.1200
                                 202.220.1465 (facsimile)
                                 patnaikg@pepperlaw.com
                                 gangulyt@pepperlaw.com
                                 ellisr@pepperlaw.com

                                 Suparna Datta (*pro hac vice*)
                                 Brittanee L. Friedman (*pro hac vice*)
                                 Pepper Hamilton LLP
                                 19th Floor, High Street Tower
                                 125 High Street
                                 Boston, MA 02110-2736
                                 617.204.5100
                                 617.204.5150 (facsimile)
                                 dattas@pepperlaw.com
                                 friedmbr@pepperlaw.com

                                 *Counsel for Defendant and Counter-Claimant Polycom, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 2nd day of July, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record:

  Christopher B. Ferenc, Esq.
  Terence P. Ross, Esq.
  Sean S. Wooden, Esq.
  Katten Muchin Rosenman LLP
  2900 K. Street NW, Ste. 200
  Washington, D.C. 20007-5118
  202.625.3500 Telephone
  202.339.6044 Facsimile
  christopher.ferenc@kattenlaw.com
  terence.ross@kattenlaw.com
  sean.wooden@kattenlaw.com

  Yashas Kedar Honasoge, Esq.
  Katten Muchin Rosenman LLP
  525 W. Monroe St., Ste. 1600
  Chicago, Illinois 60661-3693
  312.902.5200 Telephone
  312.902.1061 Facsimile
  yashas.honasoge@kattenlaw.com

  Stephen E. Noona, Esq.
  Kaufman & Canoles, P.C.
  150 W. Main St., Ste 2100
  Norfolk, Virginia 23510
  757.624.3239 Telephone
  888.360.9092 Facsimile
  senoona@kaufcan.com

  *Counsel for Plaintiff*

                */s/*            
                Jason E. Ohana (VSB No. 82485)
                Gary A. Bryant (VSB No. 27558)
                Counsel for Polycom, Inc.
                Willcox & Savage, P.C.
                440 Monticello Ave., Ste. 2200
                Norfolk, Virginia 23510
                757.628.5500 Telephone
                757.628.5566 Facsimile
                gbryant@wilsav.com
                johana@wilsav.com

Goutam Patnaik (*pro hac vice*)
Tuhin Ganguly (*pro hac vice*)
Ryan H. Ellis (VSB No. 89144)
Pepper Hamilton LLP
2000 K Street, NW, Ste. 600
Washington, DC 20006-1865
202.220.1200 Telephone
202.220.1465 Facsimile
patnaikg@pepperlaw.com
gangulyt@pepperlaw.com
ellisr@pepperlaw.com

Suparna Datta (*pro hac vice*)
Brittanee L. Friedman (*pro hac vice*)
Pepper Hamilton LLP
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
617.204.5100 Telephone
617.204.5150 Facsimile
dattas@pepperlaw.com
friedmbr@pepperlaw.com

*Counsel for Defendant and Counter-Claimant Polycom, Inc.*